UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1-4:19-cr-00591-ERW-NAB |
| ) | |
| ABDUL NAUSHAD, M.D. and ) | |
| WAJIHA NAUSHAD, ) | |
| ) | |
| Defendants. ) | |

**GOVERNMENT'S MOTION TO DISMISS THE FIRST SUPERSEDING INDICTMENT AGAINST DEFENDANTS ABDUL NAUSHAD, M.D. and WAJIHA NAUSHAD**

COMES NOW Carrie Costantin, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. §515, and Dorothy L. McMurtry, Assistant United States Attorney for the Eastern District of Missouri, and moves the Court to dismiss without prejudice the First Superseding Indictment against the defendants Abdul Naushad, M.D. and Wajiha Naushad, No. S1-4:19-cr-00591-ERW-NAB.

Respectfully submitted,

CARRIE COSTANTIN
Attorney for the United States Attorney
Acting Under Authority
Conferred by 28 U.S.C. § 515


 /s/  Dorothy L. McMurtry
DOROTHY L. McMURTRY, #37727MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
dorothy.mcmurtry@usdoj.gov
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                         */s/ Dorothy L. McMurtry*
                                         DOROTHY L. McMURTRY, # 37727MO
                                         Assistant United States Attorney